648 A.2d 703

IN THE MATTER OF LOUIS F. WILDSTEIN,
AN ATTORNEY AT LAW.

October 7, 1994.

**ORDER**

The Disciplinary Review Board having filed a report with the Supreme Court, recommending that **LOUIS F. WILDSTEIN** of **NEWARK,** who was admitted to the bar of this State in 1978, be publicly reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4 (failure to communicate), and further recommending that respondent practice under the supervision of a proctor for a period of one year and be examined as to his fitness to practice law by a psychiatrist approved by the Office of Attorney Ethics, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **LOUIS F. WILDSTEIN** is hereby publicly reprimanded; and it is further

ORDERED that respondent practice law under the supervision of a proctor approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court; and it is further

ORDERED that respondent be examined by a psychiatrist approved by the Office of Attorney Ethics for a report regarding respondent's fitness to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs incurred in the prosecution of this matter.